IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                           )
                                                 )
LAURENE BROWN                                    )      Case No: 08-22148
                                                 )      Chapter 7
                                                 )

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

    Claim 2 – Franciscan Physican Network, 35559 Eagle Way, Chicago, IL 60678         $4.92

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 107 in amount of $4.92 payable to the Clerk, U.S. Bankruptcy Court.

Dated: March 15, 2011                          /s/ Kenneth A. Manning
                                               Kenneth A. Manning, Trustee
                                               200 Monticello Drive
                                               Dyer, Indiana 46311
                                               (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 15, 2011, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
Attorney Patricia Beecher - lawbeecher@yahoo.com

Regular Mail to:
Laurene Brown, 3166 May Street, Portage, IN 46368
Franciscan Physican Network, 35559 Eagle Way, Chicago, IL 60678

                                               /s/Kenneth A. Manning, Trustee
                                               Kenneth A. Manning, Trustee